IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. 4:16-CR-205-O |
| ANTHONY CLARK (01) | |

GOVERNMENT'S WITNESS LIST

| No. | Probable Witnesses | Sworn | Testified |
|---|---|---|---|
| 1. | Ahsan Nanji<br>Electronic Arts, Inc.<br>Director of Project Management<br><br>This witness will testify as an "expert" witness concerning the FIFA video game. Mr. Nanji will discuss how the FIFA game functions and his role in Electronic Arts' investigation into the fraud being perpetrated on Electronic Arts' servers to illegally obtain FIFA coins. | | |
| 2. | Kirsten Daru<br>Electronic Arts, Inc.<br>Associate General Counsel, Chief Privacy Officer<br><br>This witness will testify concerning Electronic Arts' Terms of Service. | | |
| 3. | Ronnie Buentello (CO-CASE AGENT)<br>Special Agent<br>Federal Bureau of Investigation<br><br>This witness will testify as the co-lead case agent for the government. Agent Buentello will discuss his role in the investigation and how his investigation reached beyond the Northern District of Texas. Agent Buentello will also provide "expert" testimony concerning how he performed forensic images of all of the defendant's electronic devices and reviewed some of these images pursuant to a search warrant. | | |

| NO. | PROBABLE WITNESSES | SWORN | TESTIFIED |
|---|---|---|---|
| 4. | Nicholas Castellucci<br>Co-defendant<br><br>This witness is a co-defendant in this case and will testify regarding his knowledge and participation in the alleged conspiracy. | | |
| 5. | Ricky Miller<br>Co-defendant<br><br>This witness is a co-defendant in this case and will testify regarding his knowledge and participation in the alleged conspiracy. | | |
| 6. | Eaton Zveare<br>Co-defendant<br><br>This witness is a co-defendant in this case and will testify regarding his knowledge and participation in the alleged conspiracy. | | |
| 7. | Robert Starr<br>Task Force Officer<br>Internal Revenue Service – Criminal Investigations<br><br>This witness will testify as one of the investigators that assisted in investigating this case.  TFO Starr will discuss his role in the investigation, which included the financial analysis relied upon to justify the seizure of various assets contained in the forfeiture notice of the indictment. | | |

| NO. | POSSIBLE WITNESSES | SWORN | TESTIFIED |
|---|---|---|---|
| 8. | Huey Nguyen<br>Criminal Investigator/Digital Forensics Examiner<br>Tarrant County Criminal District Attorney's Office<br><br>This witness may testify that when he was a Task Force Officer with the FBI, he assisted in reviewing the electronic devices seized from the defendant pursuant to a search warrant. | | |

| 9. | Alan Hampton (CO-CASE AGENT) Special Agent Internal Revenue Service – Criminal Investigations<br><br>This witness may testify as one of the investigators that assisted in investigating this case. Agent Hampton will discuss his role in the investigation, which included the financial analysis relied upon to justify the seizure of various assets contained in the forfeiture notice of the indictment. | | |
|---|---|---|---|

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

/s/ Brian D. Poe
BRIAN D. POE
Assistant United States Attorney
Northern District of Texas
Texas State Bar No.  24056908
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone:   817.252.5447
Facsimile:    817.252.5455
E-mail:         brian.poe@usdoj.gov

CERTIFICATE OF SERVICE

     I certify that on November 7, 2016, I electronically filed this document with the Clerk for the United States District Court, Northern District of Texas, using the electronic case filing ("ECF") system.  The ECF system will send a "Notice of Electronic Filing" to all parties/counsel for record who have consented in writing to accept the Notice as service of this document by electronic means.

/s/ Brian D. Poe
BRIAN D. POE
Assistant United States Attorney